UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2008 SEP 17 P 4: 12
CLERK _____
SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR 108-99 |
| | ) |
| DANIEL WEBSTER CASON | ) |

## ORDER

The Court having considered the Government's Motion to Unseal, hereby GRANTS the motion and ORDERS that the indictment and its related papers be unsealed.

This 17th day of September, 2008.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA